# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MARTINEZ, on behalf of her minor son, C.M., <br><br>　　　　Plaintiff, <br><br>　　　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　Defendant. | ) Case No. CV 13-1092-JPR <br> ) <br> ) <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

　　　For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: June 11, 2014　　　　_____
　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge