1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California 91302
5  Telephone: 818.438.1332
6  Facsimile: 818.854.6899
7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10

11 | MARIA MARTINEZ, on behalf of        )
   | her minor son C.M.,                 )
12 |                                     )
   |                                     ) CASE NO.: 2:13-cv-01092-JPR
13 |        Plaintiff,                   )
14 | v.                                  )
   |                                     ) ORDER AWARDING
15 | MICHAEL J. ASTRUE,                  ) EAJA FEES
16 | Commissioner of Social Security,    )
   |                                     )
17 |        Defendant.                   )
18 |_____)

19
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20
        IT IS ORDERED that EAJA fees are awarded in the amount of TWO
21
   THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the
22
   terms of the stipulation.
23

24

25
   DATED: September 17, 2014       _____
26                                 HONORABLE JEAN P. ROSENBLUTH
27                                 UNITED STATES MAGISTRATE JUDGE
28

-1-